Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3530, 04 C 3634,04 C 3713,04 C 3783,04 C 3844, 04 C 3864, 04 C 3936, 04 C 4342, 04 C 4697 | **DATE** | 3/15/2005 |
| **CASE TITLE** | In Re: In re Bally Total Fitness Securities Litigation | | |

**DOCKET ENTRY TEXT:**

ENTER MEMORANDUM OPINION: The motion of the Cosmos Group for appointment as lead plaintiff is denied in part, to the extent that it seeks appointment of the Cosmos Group as a whole, and granted in part, to the extent that the court appoints Cosmos Investment Company, LLC, managed by Dr. Lokesh Sharma, as lead plaintiff. The court reserves ruling on the appointment of class counsel. Cosmos is directed to submit a brief that addresses proposed staffing and attorneys' fees by April 4, 2005. If Bally wishes to comment, it may do so by April 15, 2005. The motions of Genesee, the Carltons, the Chesson Group, and the Pitcher Group are denied. A status hearing in this case is set for April 20, 2005 at 10:30 a.m.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: |
|---|---|
| | AMM |